**Motion Granted and Order filed October 12, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00558-CV

**MIKE HALL CHEVROLET, INC. D/B/A AUTONATION CHEVROLET HIGHWAY 6 F/K/A CHAMPION CHEVROLET HIGHWAY 6, AUTONATION, INC., AUTONATION ENTERPRISES, INCORPORATED, AN DEALERSHIP HOLDING COMPANY, AND AUTO HOLDING LLC F/K/A AUTO HOLDING CORPORATION, Appellants**

**V.**

**ALEXANDRA DEIKE, F/K/A ALEJANDRA VALDEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROSA ELVIA GUERRERO, DECEASED, ARIANA DOMINGUEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RUBEN DOMINGUEZ, DECEASED, GREGORIO ARMANDO DOMINGUEZ, EILEEN MEJIA, ANDREA ZERTUCHE, JOSE GUERRERO, EDUWIGES GUERRERO, DONALD CLARK, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF LINDA ANN HARTON CLARK, DECEASED, JENNIFER CLARK AND JOANNA CLARK, Appellees**

**On Appeal from the Probate Court No. 2
Harris County, Texas
Trial Court Cause No. 388,367-401**

# O R D E R

On June 12, 2018, this court issued a Majority Opinion and a Judgment in this appeal. One panel member dissented. On July 3, 2018, appellants Mike Hall Chevrolet, Inc. d/b/a AutoNation Chevrolet Highway 6 f/k/a Champion Chevrolet Highway 6, AutoNation, Inc., AutoNation Enterprises, Incorporated, AN Dealership Holding Company, and Auto Holding LLC f/k/a Auto Holding Corporation (collectively the "Dealership Parties") filed "Appellants' Amended Motion for Reconsideration En Banc." On August 3, 2018, appellees Alexandra Deike, f/k/a Alejandra Valdez, individually and on behalf of the Estate of Rosa Elvia Guerrero, Deceased, Ariana Dominguez, individually and on behalf of the Estate of Ruben Dominguez, Deceased, Gregorio Armando Dominguez, Eileen Mejia, Andrea Zertuche, Jose Guerrero, and Eduwiges Guerrero (collectively the "Claimants") filed responses in opposition to the Dealership Parties' amended motion for reconsideration en banc.

A majority of the court's members have voted to reconsider the case en banc. Therefore, we **GRANT** the Dealership Parties' amended motion for reconsideration en banc to the extent that the Dealership Parties request that the court vacate its June 12, 2018 judgment and order that this case be resubmitted to the court for en banc reconsideration. We **VACATE** the Judgment rendered on June 12, 2018, and we **ORDER** that the Majority Opinion and Dissenting Opinion issued in this case on June 12, 2018 be **WITHDRAWN**. We **ORDER** that the case be resubmitted to the court for en banc reconsideration and disposition without oral argument.

On October 1, 2018, the Dealership Parties filed an Emergency Motion to Stay Trial on the Merits. The Claimants have filed responses in opposition to the Dealership Parties' emergency motion to stay trial. We **GRANT** the Dealership Parties' Emergency Motion to Stay Trial on the Merits. We **ORDER** that any trial

in cause number 388,367-401 in Probate Court No. 2, Harris County, Texas be **STAYED** until this court, sitting en banc, issues its judgment in this case.

PER CURIAM

En Banc Court consists of Chief Justice Frost and Justices Boyce, Christopher, Jamison, Busby, Donovan, Brown, Wise, and Jewell.  (Justices Jamison, Wise, and Jewell would deny the Dealership Parties' amended motion for reconsideration en banc).

.